**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter **12**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Fair Haven Clam & Lobster Co., LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
06-1633759

**4. Debtor's address**

Principal place of business  
265 Front Street  
New Haven, CT 06513  
Number, Street, City, State & ZIP Code

New Haven  
County

Mailing address, if different from principal place of business  
_____  
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business  
_____  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
■ Other. Specify: _____

Debtor **Fair Haven Clam & Lobster Co., LLC**  Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ■ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Fair Haven Clam & Lobster Co., LLC** _____ Case number (*if known*) _____
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Fair Haven Clam & Lobster Co., LLC** _____ Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 22, 2016**
MM / DD / YYYY

X **/s/ Michael Fraenza**                                  **Michael Fraenza**
Signature of authorized representative of debtor           Printed name

Title  **Member**

**18. Signature of attorney**

X **/s/ Carl T. Gulliver**                                  Date **April 22, 2016**
Signature of attorney for debtor                            MM / DD / YYYY

**Carl T. Gulliver**
Printed name

**Coan, Lewendon, Gulliver & Miltenberger, LLC**
Firm name

**495 Orange Street**
**New Haven, CT 06511-3809**
Number, Street, City, State & ZIP Code

Contact phone  **203-624-4756**       Email address

**ct00944**
Bar number and State

### Resolution of the Members of Fair Haven Clam and Lobster Co., LLC

The undersigned, constituting all the Members of Fair Haven Clam and Lobster Co., LLC, ("the Company"), pursuant to applicable law or agreement hereby waive any otherwise required notice or meeting and agree as follows:

**WHEREAS,** it is in the best interests of the Company and its creditors that it file a voluntary petition in the United States Bankruptcy Court for reorganization pursuant to Chapter 12 of Title 11, United States Code,

**IT IS THEREFORE RESOLVED,** Michael Fraenza, sole member and manager of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 12 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company, and shall prepare and sign any and all other necessary documents, present company records, appear on behalf of the company at any hearings and take whatever other action is required in connection therewith,

**AND IT IS FURTHER RESOLVED,** that the Company, acting through the said Michael Fraenza, be and hereby is, authorized and directed to employ on behalf of the Company, Carl T. Gulliver his law firm, Coan, Lewendon, Gulliver & Miltenberger, LLC, of New Haven, Connecticut, as attorney to represent the Company in said bankruptcy proceedings and to pay said firm its fees at said firm's normal hourly rates for such matters, and to pay a pre-filing retainer of $_____, plus the filing fee cost of $275, for a total of $13,25⁰.

**IN WITNESS HEREOF,** the undersigned sole member of Fair Haven Clam and Lobster Co., LLC, has hereunto set his hand and seal.

_____          Date: 4/22/2016
Michael Fraenza

.

Blue Flame Oil
27 Laura Street
New Haven, CT 06513


CAAMM PROPERTIES , LLC
265 Front Street
New Haven, CT 06513


Dey Smith Steel
c/o Winthrop Smith Jr.
5 Depot Street
Milford, CT 06460


Frank Gilbert, Jr.
73 Flax Mill Road
Branford, CT 06405


Greg Bodytko
658 Forest Street
Northford, CT 06472


Michael Fraenza
53 Glenwood Rd.
North Branford, CT 06471


Paolina Public Affairs
State of Connecticut
Dept. of Aquaculture
PO Box 9
Milford, CT 06460


Richard Inannucci
51 Middletown Road
North Haven, CT 06473


Robert W. Blythe, Esq.
Zangari Cohn Cuthbertson PC
59 Elm Street
New Haven, CT 06510


Scandia Propellers & Marine
Hydraulics
2 Union Street
Fairhaven, MA 02719

Secor Cassidy & McPartland, PC
Donald McPartland, Esq.
41 Church Street
PO Box 2818
Waterbury, CT 06723-2818


The Smedley Company
40 Flax Mill Rd.
Branford, CT 06405