Exhibit 1-A

A claim held by KeyBank NA, fka First Niagara Bank NA, a successor in interest to Cornerstone Business Credit, Inc., evidenced by a promissory note in the original sum of $650,000 dated March 7, 2002, executed by CAAMM and FHC&L with a balance due as of the Petition Date of $469,625.59. The claim is secured, on information and belief, by the following:

- 1st mortgage on 263 Front Street recorded on the New Haven land records March 8, 2002 Vol. 6064, P. 337, and rent assignment recorded Vol. 6065, P. 9, modified by writing dated September 1, 2010 and recorded at Vol. 8631 at Page 192
- 1st mortgage on 265 Front Street recorded on the New Haven land records March 8, 2002 Vol. 6064, P. 337, and rent assignment recorded Vol. 6065, P. 9, modified by writing dated September 1, 2010 and recorded at Vol. 8631 at Page 192
- Preferred Ship Mortgage on vessel Angela Marie recorded with the US Coast Guard March 7, 2002 in the original sum of $650,000 and May 29, 2003 in the sum of $100,000
- Preferred Ship Mortgage on vessel Michael & Christopher recorded with the US Coast Guard March 7, 2002 in the original sum of $650,000 and May 29, 2003 in the sum of $100,000

Exhibit 1-B

A claim held by Richard Iannucci, on information and belief, evidenced by a note dated December 16, 2002, in the original sum of $70,000 and amended by an allonge dated December 19, 2002, increasing the amount to $100,000, executed by CAAMM and Michael Fraenza. The claim is secured, on information and belief, by the following:

- Mortgage and financing statement on <u>263 Front Street</u> and <u>265 Front Street</u> recorded on the New Haven land records December 1, 2002 Vol. 6282, P. 157, and a collateral Assignment of Leases and Rents dated December 1, 2002 and recorded in Vol. 6282 at P. 176
    - and modified by note and mortgage modification dated December 19, 2002 and recorded at Vol. 6286 at P. 198
    - and modified by note and mortgage modification dated January 1, 2005 and recorded at Vol. 8226 at P. 165
    - and modified by note and mortgage modification dated March 1, 2008 and recorded at Vol. 8226 at P. 171

Exhibit 1-C

A claim held by Lenore Martorelli, per proof of claim #8 in CAAMM estate, assignee to successors of Anthony J. and Isabelle J. Teodosio, evidenced by a note in the original sum of $75,000 dated January 20, 2004, executed by CAAMM with a balance due as of the Petition Date of $113,390.82. The claim is secured, on information and belief, by the following:

- Mortgage on <u>263 Front Street</u> and <u>265 Front Street</u> and <u>269 Front Street</u> recorded on the New Haven land records January 21, 2004 at Vol. 6676, P. 119, and an Assignment of same dated January 6, 2010 and recorded in Vol. 8489 at P. 49

Exhibit 1-D

A claim held by Lenore Martorelli, per proof of claim #8 in CAAMM estate, assignee to successors of Anthony J. and Isabelle J. Teodosio, evidenced by a note in the original sum of $75,200 dated March 1, 2006, executed by CAAMM with a balance due as of the Petition Date of $113,393.00. The claim is secured, on information and belief, by the following:

- Mortgage on 263 Front Street and 265 Front Street and 269 Front Street recorded on the New Haven land records March 2, 2006 at Vol. 7509, P. 288, and an Assignment of same dated January 6, 2010 and recorded in Vol. 8489 at P. 52

Exhibit 1-E

A claim held by Richard Iannucci, on information and belief, evidenced by a note in the original sum of $100,000 dated March 1, 2006. The claim is secured, on information and belief, by the following:

- Mortgage and financing statement on 263 Front Street and 265 Front Street recorded on the New Haven land records at Vol. 8137, P. 330,
    - and modified by note and mortgage modification dated March 1, 2008, and recorded at Vol. 8226 at P. 183

Exhibit 1-G

A claim held by Richard Iannucci, on information and belief, evidenced by a note in the original sum of $75,000 dated February 3, 2012. The claim is secured, on information and belief, by the following:

- Mortgage and financing statement on 263 Front Street , 265 Front Street , 269 Front Street, 520 Quinnipiac Avenue, and 520 Quinnipiac Avenue recorded on the New Haven land records at Vol. 8789, P. 226

Exhibit 1-H

A claim held by Richard Iannucci, on information and belief, evidenced by a notes dated November 26, 2003, in the original sum of $80,000 and December 3, 2003, in the original sum of $20,000 executed by CAAMM and Michael Fraenza with a balance due as of 12/31/2016 of $81,299.50. The claim is secured, on information and belief, by the following:

- Mortgage and financing statement on <u>269 Front Street</u> recorded on the New Haven land records December 3, 2003 at Vol. 6630, P. 269, and a collateral Assignment of Leases and Rents recorded November 28, 2003 at Vol. 6636, P. 83
- Mortgage and financing statement on <u>269 Front Street</u> recorded on the New Haven land records December 3, 2003 at Vol. 6636, P. 65
- The aforesaid notes and mortgages may have been modified as follows:
    - by note and mortgage modification dated January 1, 2005 and recorded June 16, 2008, at Vol. 8226 at P. 167
    - by note and mortgage modification dated March 1, 2008 and recorded June 16, 2008, at Vol. 8226 at P. 175
    - by note and mortgage modification dated March 1, 2008 and recorded June 16, 2008, at Vol. 8226 at P. 179

Exhibit 1-F

A claim held by KeyBank NA, fka First Niagara Bank NA, a successor in interest to Cornerstone Business Credit, Inc., per proof of claim #10 in CAAMM estate and proof of claim #11 in FHC&L estate, evidenced by a promissory note in the original sum of $190,000 dated December 2, 2005, executed by CAAMM and FHC&L with a balance due as of the Petition Date of $189,607.52 (in CAAMM proof, $189,605.52 in FHC&L proof). The claim is secured, on information and belief, by the following:

- 1st mortgage, security agreement and assignment of rents on 520 Quinnipiac Avenue and 524 Quinnipiac Avenue recorded on the New Haven land records December 5, 2005 Vol. 7422, P. 41
- Financing Statement on 520 Quinnipiac Avenue and 524 Quinnipiac Avenue recorded on the New Haven land records December 15, 2005 Vol. 7422, P. 65
- Financing Statement on 520 Quinnipiac Avenue and 524 Quinnipiac Avenue recorded on the New Haven land records December 5, 2005 Vol. 7422, P. 270

Exhibit 1-I

A mortgage held by Richard Iannucci, on information and belief, as additional security for pre-existing indebtedness then at a balance of $269,597.99, dated June 3, 2008. The claim is secured, on information and belief, by the following:

- Mortgage on <u>520 Quinnipiac Avenue</u>, and <u>520 Quinnipiac Avenue</u> recorded on the New Haven land records at Vol. 8226, P. 187

Exhibit 1-J

The claim of Connecticut Department of Labor per proof of claim #16 in FHC&L with a balance due as of the Petition Date of $10993.29. The claim is secured, on information and belief, by the following:

- UCC-1financing statement recorded on the records of the Secretary of State on November 20, 2015, secured by the personal property, other than documented vessels, of FHC&L